UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELISSA MAE SCHELDT,<br><br>Defendant. | CASE NO. CR04-128 MJP<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on April 5, 2007. The United States was represented by Tate London. The defendant was represented by Richard Troberman.

## CONVICTION AND SENTENCE

Defendant had been convicted of Conspiracy to Make, Utter, Possess Counterfeit Securities, in violation of 18, U.S.C., § 371, on or about April 18, 2005. The Hon. Marsha J. Pechman of this court sentenced Defendant to three years of supervised release. The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1-

## DEFENDANT'S ADMISSION

USPO Brian Facklam alleged that Defendant violated the conditions of supervised release in the following respects:

(1) Committing the crime of prostitution, in violation of the general condition that she not commit another federal, state or local crime.

(2) Possessing identification in a name other than her own in violation of special condition 12.

(3) Failing to deposit all income, monetary gains, or other pecuniary proceeds into a single checking account and failing to use this account for payment of all personal expenses in violation of special condition 9.

(4) Failing to provide probation officer with receipts or documentation showing her cash income and source of income in violation of special condition 11a.

(5) Associating without permission with a person convicted of a felony in violation of standard condition 9.

(6) Failing to allow officer to visit at any time at home or elsewhere in violation of standard condition 10.

(7) Failing to answer truthfully to all inquiries by the probation officer in violation of standard condition 3.

I advised the defendant of these charges and of her constitutional rights. At today's hearing Defendant admitted violation numbers 3, 4, 5, and 7, waived any hearing as to whether they occurred, and the Government has agreed to withdraw violation numbers 1, 2, and 6. The defendant consented to having the matter set for a disposition hearing before the Hon. Marsha J. Pechman.

//

//

//

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2-

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of her supervised release as alleged and set the matter for a disposition hearing. Defendant shall remain under supervised release pending final determination by the court.

DATED this 6th day of April, 2007.

*/s/ M. J. Benton*
MONICA J. BENTON
United States Magistrate Judge

cc: Sentencing Judge         : Hon. Marsha J. Pechman
    Assistant U.S. Attorney  : Tate London
    Defense Attorney         : Richard Troberman
    U. S. Probation Officer  : Brian Facklam

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3-